IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

WILLIAM OMUNA, )
)
    Plaintiff, )
)
vs. ) CV-99-PT-0277-M
)
THOMAS FISHER, ET AL., )
)
    Defendants. )

FILED
03 DEC -1 PM 3: 22
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
DEC 2 2003

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on September 18, 2003, recommending that the defendants' motions for summary judgment be granted, that the plaintiff's motion for summary judgment be denied, that defendants Fisher, Meissner, and McKay's motion to dismiss official capacity claims against them be granted, that defendants Fisher and Meissner's motion to dismiss be granted, and that this cause be dismissed with prejudice. Plaintiff filed objections on October 3, 2003 and on October 31, 2003 pursuant to an Order entered by this court.

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendations are ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to be GRANTED, plaintiff's motion for summary judgment is due to be DENIED, defendants Fisher, Meissner, and McKay's motion to dismiss official capacity claims against them is due to be GRANTED, defendants Fisher and Meissner's motion to dismiss

82

is due to be GRANTED, and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 28TH day of November, 2003.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE